IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

      Petitioner,                    No. CIV S-06-2415 GEB KJM P

    vs.

YOLO COUNTY CHIEF PROBATION OFFICER, et al.,

      Respondents.             ORDER
_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

        The court notes that in his habeas petition, petitioner asks that this case be consolidated with CIV-S-06-0016 GEB DAD P. Pet. at 8. However, it does not appear that

/////

1

consolidation is warranted because it appears petitioner challenges different convictions in each case. See Rules Governing Section 2254 Cases, Rule 2(e).

Petitioner also asks that the court expedite the proceedings in this matter. However petitioner has not shown any cause why the court should consider his habeas petition prior to those filed before petitioner's. His request will be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis is granted.

2. Respondents are directed to file a response to petitioner's habeas petition within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases.

3. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer.

4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter.

5. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

/////
/////
/////
/////
/////
/////

6. Petitioner's motion for consolidation is denied.

7. Petitioner's March 5, 2007 request for expedited treatment of this action is denied.

DATED: April 16, 2007.

_____
U.S. MAGISTRATE JUDGE

1
sher2415.100(11.01.06)

3