IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

          Petitioner,          No. CIV S-06-2415 ALA

   vs.

YOLO COUNTY CHIEF PROBATION OFFICER, et al.,

          Respondents.      <u>ORDER</u>

_____/

      Respondent has requested a thirty-day extension of time in which to file a response to the petition for writ of habeas corpus filed by Petitioner. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including August 31, 2007, in which to file a response to the petition for writ of habeas corpus.

DATED: July 27, 2007

                                  /s/ Arthur Alarcón
                            _____
                            UNITED STATES CIRCUIT JUDGE
                            Sitting by Designation