IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

    Petitioner,               No. CIV S-06-02415 ALA HC

    vs.

YOLO COUNTY CHIEF PROBATION OFFICER, et al.,

    Respondents            <u>ORDER</u>

        GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's Answer to the Amended Petition for Writ of Habeas Corpus be filed on or before October 1, 2007.

DATED: August 29, 2007

                                            /s/ Arthur L. Alarcón
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation