IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

    Petitioner,                    Case No. 02:06-cv-02415 ALA (HC)

    vs.

YOLO COUNTY CHIEF PROBATION OFFICER, et al.,

    Respondents.               ORDER

_____/

    On November 3, 2008, this Court denied Petitioner Joseph A. Sherman's ("Petitioner") application for a writ of habeas corpus. (Doc. 28). The Clerk's Office entered the judgment against Petitioner on November 4, 2008. (Doc. 29). Petitioner filed a document styled "NOTICE OF APPEAL." (Doc. 30).

    Even though Petitioner did not expressly request a certificate of appealability, this Court considered the issues he presented for appeal *sua sponte*. *See United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997) ("If no express request is made for a certificate of appealability, the notice of appeal shall be deemed to constitute a request for a certificate."). This Court declined to issue a certificate of appealability. (Doc. 31).

    On November 24, 2008, Petitioner requested a certificate of appealability. (Doc. 34). The issues he seeks to certify were already presented in the document styled "NOTICE OF

APPEAL," which this Court has considered.

Accordingly, IT IS HEREBY ORDERED that Petitioner's request for a certificate of appealability be DENIED as moot since this Court already declined to certify the same issues in its previous order. (Doc. 31).

DATED: December 17, 2008

                                       /s/ Arthur L. Alarcón  
                                       UNITED STATES CIRCUIT JUDGE  
                                       Sitting by Designation