IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

    Petitioner,               Case No. 02:06-cv-02415 ALA (HC)

    vs.

YOLO COUNTY CHIEF PROBATION OFFICER, et al.,

    Respondents.            ORDER

_____/

    On November 3, 2008, this Court denied Petitioner Joseph A. Sherman's ("Petitioner") application for a writ of habeas corpus. (Doc. 28). The Clerk's Office entered the judgment against Petitioner on November 4, 2008. (Doc. 29).

    Subsequently, Petitioner had filed a document styled "NOTICE OF APPEAL." (Doc. 30). The substance of the document indicates that Petitioner also requests that this Court reconsider its denial of habeas corpus relief pursuant to Rule 60(b)(3) of the Federal Rules of Civil Procedure. (*Id*.). Furthermore, Petitioner requests to proceed *in forma pauperis* on appeal. (*Id*.).

**I**

    Despite Petitioner's notice of appeal, this Court retains jurisdiction over the matter until Petitioner's Rule 60 motion is ruled upon. Fed. R. App. P. 4(a)(4)(A)(vi), 4(a)(4)(B)(i). Rule

1

60(b)(3) provides that this Court may relieve a party from a final judgment, order, or proceeding when the movant shows fraud, misrepresentation, or misconduct by an opposing party. Petitioner, however, has failed to proffer any evidence of fraud, misrepresentation, or misconduct by an opposing party.  Therefore, Petitioner's motion for reconsideration is denied.

## II

On April 17, 2007, Petitioner's motion to proceed *in forma pauperis* in the district court proceeding was granted.  (Doc. 6).  The Federal Rules of Appellate Procedure provide as follows:

> [A] party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization, unless:
>
> (A) the district court--before or after the notice of appeal is filed--certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding;

Fed. R. App. P. 24(a)(3)(A).

Analogously, Title 28 U.S.C. § 1915(a)(3) provides that "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." A petitioner satisfies the "good faith" requirement if he or she seeks review of any issue that is "not frivolous." *Gardner v. Pogue*, 558 F.2d 548, 551 (9th Cir.1977) (quoting *Coppedge v. United States*, 369 U.S. 438, 445 (1962)).  For purposes of section 1915, an appeal is frivolous if it lacks any arguable basis in law or fact. *Neitzke v. Williams*, 490 U.S. 319, 325, 327 (1989); *Franklin v. Murphy*, 745 F.2d 1221, 1225 (9th Cir.1984).

The record makes plain that the instant petition is frivolous as it lacks arguable substance in law or fact.  Therefore, this Court certifies that Petitioner is not entitled to proceed *in forma pauperis* on appeal.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for reconsideration pursuant to Rule 60(b)(3) of the Federal Rules of Civil Procedure is DENIED; and

2. Petitioner's motion to proceed *in forma pauperis* on appeal is DENIED.

DATED: December 17, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation